UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP J. CURTIS, Trustee of the PLKG Curtis Trust Dated October 4, 2004;<br>LINDA J. CURTIS, Trustee of the PLKG Curtis Trust Dated October 4, 2004;<br>DAVID MAGNA; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:16-CV-02248-MEJ<br><br>**ORDER** |

**ORDER**

　　Defendant Philip J. Curtis is hereby ordered dismissed without prejudice.

Dated: JUNE 28, 2016   _____
　　　　　　　　　　　　　HONORABLE MARIA-ELENA JAMES
　　　　　　　　　　　　　UNITED STATES MAGISTRATE COURT JUDGE

---