CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ROBERT S. ARNS (SBN: 65071)
rsa@arnslaw.com
THE ARNS LAW FIRM
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 495-7800
Facsimile: (415) 495-7888
Attorney for Defendant, David Magna

DOUGLAS N. SMITH ( SBN: 78233)
ds486@aol.com
DOUGLAS N. SMITH, INC.
1207 Coombs Street
P.O. BOX 760
Napa, CA 94559-0760
Telephone: (707) 257-8935
Facsimile: (707) 257-8937
Attorney for Defendant, Linda J. Curtis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>      Plaintiff,<br>  v.<br><br>PHILIP J. CURTIS, Trustee of the PLKG Curtis Trust Dated October 4, 2004;<br>LINDA J. CURTIS, Trustee of the PLKG Curtis Trust Dated October 4, 2004;<br>DAVID MAGNA; and Does 1-10,<br><br>      Defendants. | Case: 3:16-CV-02248-MEJ<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 1, 2016        CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace
        Phyl Grace
        Attorneys for Plaintiff

Dated:  8/30/16          THE ARNS LAW FIRM

By:
        Robert S. Arns
        Attorney for Defendant
        David Magna

Dated: 8/30/16          DOUGLAS N. SMITH, INC.

By:
        Douglas N. Smith
        Attorney for Defendant
        Linda J. Curtis